UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARC FELIX,                           )
              Plaintiff,              )
                                      )
          v.                          )     C.A. No. 12-12400-PBS
                                      )
VANGUARD BROKERAGE SERVICES,          )
a/k/a Vanguard Marketing              )
Corporation,                          )
              Defendant.              )

MEMORANDUM AND ORDER
July 9, 2013

SARIS, C.D.J.

Now before this Court is plaintiff Marc Felix's Motion to Amend Complaint (Docket No. 8).  Plaintiff seeks to substitute Vanguard Marketing Corporation as the real party to this action, in light of the defendant's representation that Vanguard Brokerage Services is not a separate legal entity.[1]  The motion was not opposed.  See defendant's Response (Docket No. 9).

Thereafter, on February 4, 2013, plaintiff filed an amended complaint naming Vanguard Marketing Corporation as the defendant (Docket No. 10).  In brief, plaintiff alleges the defendant would not open an investment account for him and returned his $5,000.00 because he was a prisoner.  As a result, he claims to have lost money that he would have made had he been able to invest in Avi Bio pharmaceutical stock.

On February 19, 2013, the defendant filed an Answer to the

---

[1]On June 21, 2013, this action was randomly reassigned from Judge Wolf to the undersigned, because Judge Wolf had taken senior status.

Amended Complaint (Docket No. 11), and on March 11, 2013, the defendant filed an Amended Answer (Docket No. 12).

In view of the posture of this case and the fact that plaintiff's motion is unopposed, this Court <u>ALLOWS</u> the Motion to Amend Complaint (Docket No. 8).  Vanguard Marketing Corporation shall be the sole defendant in this action, and Vanguard Brokerage Services shall be terminated as a party.

The plaintiff's Motions for Appointment of Counsel are RESERVED pending further proceedings.


SO ORDERED.

<div style="margin-left:40%">

<u>/s/ Patti B. Saris</u>
PATTI B. SARIS
CHIEF, UNITED STATES DISTRICT JUDGE

</div>